UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. DORSY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-00056-WBS-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16) |

Plaintiff Gary L. Dorsy ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On March 14, 2024, Defendant filed the applicable administrative record. (Doc. 12).

Pending before the Court is Plaintiff's stipulation for an extension of time to file a motion for summary judgment. (Doc. 16). In light of Plaintiff's representations and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall file his motion for summary judgment by May 15, 2024; and

/ / /

/ / /

/ / /

1

2. The timelines for the filing of an opposition and/or reply remain governed by the Court's Scheduling Order (Doc. 5).

IT IS SO ORDERED.

Dated: **April 12, 2024**

UNITED STATES MAGISTRATE JUDGE