UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. DORSY,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:24-cv-00056-WBS-CDB (SS)<br><br>ORDER ON STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 20) |

      Plaintiff Gary L. Dorsy ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On March 14, 2024, Defendant filed the applicable administrative record. (Doc. 12). Plaintiff filed a motion for summary judgment on May 15, 2024. (Doc. 18).

      Pending before the Court is Defendant's stipulated request for an extension of time to respond to Plaintiff's motion for summary judgment. (Doc. 20). In light of Defendant's representations and good cause appearing, IT IS HEREBY ORDERED:

        1.  Defendant shall file an opposition to Plaintiff's motion for summary judgment on or before July 16, 2024, and

///

2. The timeliness for the filing of any reply shall remain governed by the Court's Scheduling Order (Doc. 5).

IT IS SO ORDERED.

Dated:   **May 31, 2024**

UNITED STATES MAGISTRATE JUDGE